UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
VCS VENTURE SECURITIES, LLC, d/b/a NEW
AGE VENTURE CAPITAL, ROCCO MICHAEL
MASSELI, and ADAM MAGGIO,                           )
                                                    )     Case No. 2:24-cv-05498-HG
                                                    )
                Plaintiff,                          )
                                                    )
                v.                                  )
                                                    )
SCOTTSDALE INDEMNITY COMPANY                        )
                                                    )
                                                    )
                Defendant.                          )
-------------------------------------------------------------------x

## AFFIRMATION OF AMBER W. LOCKLEAR IN SUPPORT OF DEFENDANT SCOTTSDALE INSURANCE COMPANY'S MOTION TO DISMISS

I, Amber W. Locklear, an attorney duly admitted to practice in this Court does hereby state in lieu of an affidavit and confirms under the penalties of perjury pursuant to 28 U.S.C. §1746 and New York CPLR §2106, that the statements contained herein are true to the best of my knowledge:

1.     I am a member of the law firm Skarzynski Marich & Black LLP.

2.     I am also counsel for Defendant Scottsdale Insurance Company ("Scottsdale") in the referenced matter and have knowledge of the matters set forth herein.

3.     Attached hereto as Exhibit 1 is a true and correct copy of the BrokerCheck Summary Report of Rocco Michael Maselli, CRD# 2791357, which the undersigned retrieved from FINRA.org's website at https://brokercheck.finra.org/individual/summary/2791357.

4.     Attached hereto as Exhibit 2 is a true and correct copy of the BrokerCheck Report

of Rocco Michael Maselli, CRD# 2791357, which the undersigned retrieved from FINRA.org's website at https://brokercheck.finra.org/individual/summary/2791357.

5. Attached hereto as Exhibit 3 is a true and correct copy of the BrokerCheck Summary Report of Adam Maggio, CRD# 4177365, which the undersigned retrieved from FINRA.org's website at https://files.brokercheck.finra.org/individual/individual_4177365.pdf.

6. Attached hereto as Exhibit 4 is a true and correct copy of the BrokerCheck Report of Adam Maggio, CRD# 4177365, which the undersigned retrieved from FINRA.org's website at https://files.brokercheck.finra.org/individual/individual_4177365.pdf.

7. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: New York, New York
October 29, 2024

/s/ Amber W. Locklear
SKARZYNSKI MARICK & BLACK LLP
Amber W. Locklear
One Battery Park Plaza, 32nd Floor
New York, NY 10004
Telephone: (212) 820-7700
alocklear@skarzynski.com

*Counsel for Defendant Scottsdale Insurance Company*